WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Dawn Dowling,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hudson County Court, et al.,<br><br>　　　　Defendants. | No. CV-24-03027-PHX-CKJ<br><br>**ORDER** |

This case was closed and Amended Judgment entered on November 26, 2024.

**Accordingly,**

**IT IS ORDERED** that the Motion for Trial (Doc. 10) is DENIED.

Dated this 21st day of February, 2025.

_____
Honorable Cindy K. Jorgenson
United States District Judge